```
                    IN THE UNITED STATES DISTRICT COURT
                       FOR THE DISTRICT OF PUERTO RICO


NELSON VELÁZQUEZ FERNANDEZ, et al.,*
                                   *
     Plaintiffs,                   *
                                   *
vs.                                *     CIVIL NO. 04-2241 (JP)
                                   *
NCE FOODS, INC., et al.,           *
                                   *
     Defendants                    *
                                   *
                                   *
```

## FINAL JUDGMENT

The Court has before it the parties' "Joint Motion for Voluntary Dismissal with Prejudice" (**No. 87**), in which the parties inform the Court that they have settled all remaining claims pending before the Court and request dismissal of those claims with prejudice. The Court hereby **GRANTS** the motion, and pursuant to Fed. R. Civ. P. 41(a)(2), hereby **ENTERS JUDGMENT, DISMISSING WITH PREJUDICE** the complaint against all defendants without the imposition of costs or attorneys' fees.

**IT IS SO ORDERED.**

In San Juan, Puerto Rico, this 1st day of December, 2005.

                                    s/Jaime Pieras, Jr.
                                 U.S. SENIOR DISTRICT JUDGE