EXHIBIT 2

## LCDA. MAYRA CARDONA
### UNITED STATES COURTS CERTIFIED INTERPRETER

3071 Ave. Alejandrino
PMB 306
Guaynabo, Puerto Rico 00969-7035

Tel. 787-789-7363
Cel. 787-530-1414
e-mail mayra@cardona.com

Service Invoice: 2005-088-T

Date: July 9, 2005

Bill To:

Shuster Usera & Aguiló
Ponce de León Ave. 255, Suite 400
Bank Trust Plaza, Hato Rey, PR 00917
Tel. 787-765-4646, Fax. 787-765-4611

| Description | Words | Rate | Total |
|---|---|---|---|
| Nelson Velázquez Fernández vs. NCE Foods Certified Translations MC-2005-466-482 | 57565 | $.15 | $8,634.75 |
| | | | $8,634.75 |

Please pay this amount: ___$8,634.75___

Payment of Invoice: Upon receipt. Payment in full of the amount invoiced shall not be contingent upon payment(s) from third parties.

Late Payments: Any amount due and outstanding after thirty (30) days from the date on which invoice was received shall accrue late payment fees equivalent to ten percent (10%) of the total amount due, for every thirty (30) day period, until payment in full is made of such invoice.

I CERTIFY that the above services were rendered as stated and that payment has not been received.
Thank you

Lcda. Mayra Cardona
United States Courts Certified Interpreter
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