EXHIBIT 3

# Invoice

*Vega Reportage*
Court Reporters
*P.O. Box 191471*
*San Juan, Puerto Rico 00919-1471*

| Date | Invoice # |
|---|---|
| 5/4/2005 | 6537 |

**Mr. Rafael A. Vega-Quijano**
*Tel. (787) 764-6386 - Fax (787) 751-2231*

Bill To

Schuster, Usera & Aguiló LLP
Carl Schuster, Esq.
MCS Plaza, Suite 400
255 Ponce De León Ave.
San Juan, PR 00918

| P.O. No. | Terms | Project |
|---|---|---|
|  | Net 30 |  |

| Quantity | Description | Rate | Amount |
|---|---|---|---|
|  | Transcript of the deposition of MR. José Ramón Rivera-Rosado, taken on April 8, 2005, in re: Nelson E. Velázquez-Fernández and José R. Rivera-Rosado v. NCE Food, Inc., Metropolitan Food Services, Inc., et al. "Civil Núm. 04-2241 (JP) |  |  |
| 149 | pages | 5.75 | 856.75 |
|  | Computer Diskette | 6.00 | 6.00 |
|  | Appearance fee | 95.00 | 95.00 |

*[handwritten notes: Please and Pay check 1435-12]*

Please remit to above address. Thank You!

**Total** $957.75

| ADVANCED COMPUTYPE |  **Invoice** | |
|---|---|---|
| BUSINESS SUPPORT SERVICES<br>PONCE 64<br>SAN JUAN PR 00917-5002<br>787 758-7029 Fax 274-1899 | Date | Invoice # |
| | 7/13/2005 | 2005-172 |

**Bill To**

SCHUSTER USERA & AGUILO LAW FIRM
BANK TRUST BLDG 4th FLOOR
255 PONCE DE LEON AVE
HATO REY PR 00918

| S.O. No | P.O. No | Terms | Project |
|---|---|---|---|
| 234-VI-05 | TEL REQUESTED | Due on receipt | Nelson Velazquez V... |

| Qty | Description | Rate | Amount |
|---|---|---|---|
| | STENOGRAPHER's APPEARANCE FEE AND TRANSCRIPTION SERVICES FOR DEPOSITION TAKEN BY ATTY. MARIA SANTIAGO, ON JUNE 15, 2005<br><br>NELSON VELAZQUEZ FERNANDEZ<br>VS<br>NCE FOODS, INC, ET ALS<br><br>DEPONENT: DR. ARLENE RIVERA MASS | 780.50 | 780.50 |

*Maria Santiago*



CONDUCE - THIS INVOICE IS ACCOMPANIED BY (1) ORIGINAL & (1) COPY OF THE DEPOSITION TRANSCRIPT

| | |
|---|---|
| Total | $780.50 |
| Balance Due | $780.50 |

1435-012

# Joanne de Thomas

TAQUÍGRAFO DE RÉCORD
TIERRALTA II
CALLE LA TORTOLA M-17
GUAYNABO, PR 00969

# INVOICE

| DATE | INVOICE # |
|---|---|
| 6/4/2005 | 60504 |

| BILL TO |
|---|
| Schuster, Usera & Aguil |
| BankTrust Plaza, Suite 400 |
| 255 Ponce de León Avenue |
| San Juan, PR 00918 |
| Atn.: Lcda. María Santiago Ramos |

| RE: |
|---|
| Nelson E. Velázquez v |
| NCE Foods Inc., et als. |
| Civil No. 04-2241 |

| TERMS | DUE DATE |
|---|---|
| Net 60 | 8/3/2005 |

| SERVICED | DESCRIPTION | QTY | AMOUNT |
|---|---|---|---|
| 5/12/2005 | Transcripción de la deposición de Nelson E. Velázquez Fernández en el caso de referencia. | 131 | 622.25 |
| | Comparecencia de Taquígrafo. | | 75.00 |
| | Formato condensado, cuatro páginas en una, e índice de palabras. | | 40.00 |
| | Deposición en disco e envío electrónico. | | 15.00 |
| | Fotocopias de exhibits. | 4 | 1.40 |
| | Mensajero. | | 10.00 |

EIN 66-0588517. Gracias por su patrocinio. Esta factura no es contingente sobre terceras personas.

**Total** $763.65

| Phone # | E-mail |
|---|---|
| (787) 287-4692 | joannedethomas@yahoo.com |