EXHIBIT 4

# STATEMENT

DATE 16/5/05

075585

TO Diligenciar Ordenes.

TERMS 2

IN ACCOUNT WITH

1435 - 12

| | | | | | | |
|---|---|---|---|---|---|---|
| | ① | Jesy Rivera. Carolina. | | | 35 | — |
| | | | | | | |
| | ② | Ivelisse Marquez. Torre Aux. Mateo. | | | 35 | — |
| | | | | | | |
| | | | | | 70 | — |

adams 25812

*(signature)*

Carmen Garcia

## SONIC DELIVERY SERVICE
Messenger Service · Cel. 787-579-1950

Client No. / / / / 4 / 3 / 5 /

Matter No. / / / / 0 / / 2 /

[ ] One Way     [✓] Round Trip

[ ] Multilpe Trips     [ ] Pick Up

Client _____ SUA _____

Charge $ 70 -     Received from: _____ MCS _____     Date 5/16/05

[ ] Envelope     [ ] Package     [ ] Boxes     [✓] Legal Documents

[ ] Bank Deposit     [ ] Post Office   Jesr Rivera [ ] Others     [ ] Blue Prints

Address to: Diligenciar ① Ave. 1915 Monserrate – Caroline
② Torre Auxilio Mutuo – Hato Rey

Received by: _____ Date _____
Ivelisse Marquez 23/5/05

**Issued by the**
**ITED STATES DISTRICT COUR'**
For the District of Puerto Rico

NELSON E. VELÁZQUEZ FERNÁNDEZ AND JOSÉ
RIVERA ROSADO

      Plaintiffs

        v.

NCE FOOD, INC., METROPOLITAN FOOD
SERVICES, INC. and INSURANCE COMPANIES
"A" throuhg "J"

      Defendants

**SUBPOENA DUCES TECUM**
**IN A CIVIL CASE**

CASE NUMBER: [1] 04-2241 (JP)

TO:  Dra. Jessica Rosa
      Monserrate Ave.
      Carolina, Puerto Rico
      Tel 787-768-1460

☐ YOU ARE COMMANDED to appear in the United States District Court at the place, date, and time specified below to testify in the above case.

| PLACE OF TESTIMONY | COURTROOM |
|---|---|
| | DATE AND TIME |

☐ YOU ARE COMMANDED to appear at the place, date, and time specified below to testify at the taking of a deposition in the above case.

| PLACE OF DEPOSITION | DATE AND TIME |
|---|---|
| | |

◉ YOU ARE COMMANDED to produce and permit inspection and copying of the following documents or objects at the place, date, and time specified below (list documents or objects): *Any and all documents and records related to Medical, psychiatric and/or psychological records or any other documents related to the present and past physical, mental and/or emotional condition of Mr. Nelson Velázquez, (SS#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), including but not limited to any and all documents containing a diagnosis of his physical, mental and/or emotional condition; any and all documents containing a prognosis of his physical, mental and/or emotional condition.*

| PLACE | DATE AND TIME |
|---|---|
| Schuster Usera & Aguiló LLP<br>MCS Plaza, Suite 400, Ponce de León Avenue 255<br>Hato Rey, Puerto Rico 00917 | May 31, 2005<br>9:30 a.m. |

☐ YOU ARE COMMANDED to permit inspection of the following premises at the date and time specified below.

| PREMISES | DATE AND TIME |
|---|---|
| | |

      Any organization not a party to this suit that is subpoenaed for the taking of a deposition shall designate one or more officers, directors, or managing agents, or other persons who consent to testify on its behalf, and may set forth, for each person designated, the matters on which the person will testify. Federal Rules of Civil Procedure, 30(b)(6).

| ISSUING OFFICER SIGNATURE AND TITLE (INDICATE IF ATTORNEY OR PLAINTIFF OR DEFENDANT | DATE |
|---|---|
| *Maria Santiago Ramos*<br>Maria Santiago, Esq. (Attorney for Defendant) | 5-16-05 |

ISSUING OFFICER'S NAME, ADDRESS AND PHONE NUMBER

Schuster Usera & Aguiló LLP, PO Box 363128, San Juan, P.R. 00936-3128 Telephon
Number: (787) 765-4646

(See Rule 45.  deral Rules of Civil Procedure, Parts C &  .n Reverse)
action is pending in district other than district of issuance, state district under case number.

(Rev 1/94) Subpoena in a civil case

| 19/5/05 | PROOF OF SERVICE | Carolina, |
|---|---|---|
| DATE | PLACE | |

VED  Jesy Rivera          a la man

VED ON (PRINT NAME)        MANNER OF SERVICE

Padro Horneb              explazador

VED BY (PRINT NAME)        TITLE

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing
ormation contained in the Proof of Service is true and correct.

:uted on ___19/5/05___                     SIGNATURE OF SERVER
         DATE

Luis P Matos H.
ADDRESS OF SERVER
Vega Alta PR

: 45, Federal Rules of Civil Procedure, Parts C & D:
'ROTECTION OF PERSONS SUBJECT TO SUBPOENAS.
   (1)    A party or an attorney responsible for the
ance and service of a subpoena shall take reasonable steps
void imposing undue burden or expense on a person subject
hat subpoena.  The court on behalf of which the subpoena
issued shall enforce this duty and impose upon the party
ttorney in breach of this duty an appropriate sanction,
:h may include, but is not limited to, lost earnings and a
ionable attorney's fee.
:)  (A)    A person commanded to produce and permit
iection and copying of designated books, papers, documents
angible things, or inspection of premises need not appear
erson at the place of production or inspection unless
aanded to appear for deposition, hearing or trial.
   (B)    Subject to paragraph (d)(2) of this rule, a
ion commanded to produce and permit inspection and copying
  within 14 days after service of the subpoena or before
time specified for compliance if such time is less than 14
; after service, serve upon the party or attorney
gnated in the subpoena written objection to inspection or
ring for any or all of the designated materials or of the
nises.  If objection is made, the party serving the
ioena shall not be entitled to inspect and copy the
rials or inspect the premises except pursuant to an order
he court by which the subpoena was issued. If objection
been made, the party serving the subpoena may, upon notice
he person commanded to produce, move at any time for an
:r to compel the production.  Such an order to compel
luction shall protect any person who is not a party or an
:er of a party from significant expense resulting from the
iection and copying commanded.
!)  (A)    On timely motion, the court by which a
   subpoena was issued shall quash or modify the subpoena
   if it

            (I)    fails to allow reasonable time for
compliance;
            (ii)   requires a person who is not a party
or an officer of a party to travel to a place more than 100
miles from the place where that person resides, is employed or
regularly transacts business in person, except that, subject
to the provisions of clause (c)(3)(B)(iii) of this rule,
such a person may in order to attend trial be commanded to
travel from any such place within the state in which the trail
is held, or
            (iii)  requires disclosure of privileged or
other protected matter and not exception or waiver applies, or
            (iv)   subjects a person to undue burden
     (B)    If a subpoena
            (I)    requires disclosure of a trade
secret or other confidential research, development, or
commercial information, or
            (ii)   requires disclosure of an
unretained expert's opinion or information not describing
specific events or occurrences in dispute and resulting from
the expert's study made not at the request of any party
            (iii)  requires a person who is not
a party or an officer of a party to incur substantial expense
to travel more than 100 miles to attend trial, the court may,
to protect a person subject to or affected by the subpoena,
quash or modify the subpoena or, if the party in whose behalf
the subpoena is issued shows a substantial need for the
testimony or material that cannot be otherwise met without
undue hardship and assures that the person to whom the
subpoena is addressed will be reasonably compensated, the
courts may order appearance of production only upon specified
conditions.
(d)    DUTIES IN RESPONDING TO SUBPOENA.
   (1)    A person responding to a subpoena to produce
shall produce them as they are kept in the usual course of

Issued by the
ITED STATES DISTRICT COUR
for the District of Puerto Rico

NELSON E. VELÁZQUEZ FERNÁNDEZ AND
JOSÉ RIVERA ROSADO

    Plaintiffs

        v.

NCE FOOD, INC., METROPOLITAN FOOD
SERVICES, INC. and INSURANCE
COMPANIES "A" throuhg "J"

    Defendants

**SUBPOENA DUCES TECUM
IN A CIVIL CASE**

CASE NUMBER:[1] 04-2241-(JP)

05 MAY 23 PM 2: 57

TO: Dr. Pedro del Valle de Tomas
    Torre del Auxilio Mutuo Piso 7
    Hato Rey, Puerto Rico

☐ YOU ARE COMMANDED to appear in the United States District Court at the place, date, and time specified below to testify in the above case.

| PLACE OF TESTIMONY | COURTROOM |
| --- | --- |
|  | DATE AND TIME |

☐ YOU ARE COMMANDED to appear at the place, date, and time specified below to testify at the taking of a deposition in the above case.

| PLACE OF DEPOSITION | DATE AND TIME |
| --- | --- |
|  |  |

◉ YOU ARE COMMANDED to produce and permit inspection and copying of the following documents or objects at the place, date, and time specified below (list documents or objects): *Any and all documents and records related to Medical, psychiatric and/or psychological records or any other documents related to the present and past physical, mental and/or emotional condition of Mr.Nelson Velázquez, (SS#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), including but not limited to any and all documents containing a diagnosis of his physical, mental and/or emotional condition; any and all documents containing a prognosis of his physical, mental and/or emotional condition.*

| PLACE | DATE AND TIME |
| --- | --- |
| Schuster Usera & Aguiló LLP MCS Plaza, Suite 400, Ponce de León Avenue 255 Hato Rey, Puerto Rico 00917 | May 31, 2005 9:30 a.m. |

☐ YOU ARE COMMANDED to permit inspection of the following premises at the date and time specified below.

| PREMISES | DATE AND TIME |
| --- | --- |
|  |  |

    Any organization not a party to this suit that is subpoenaed for the taking of a deposition shall designate one or more officers, directors, or managing agents, or other persons who consent to testify on its behalf, and may set forth, for each person designated, the matters on which the person will testify. Federal Rules of Civil Procedure, 30(b)(6).

| ISSUING OFFICER SIGNATURE AND TITLE (INDICATE IF ATTORNEY OR PLAINTIFF OR DEFENDANT | DATE |
| --- | --- |
| *Maria Santiago* Maria Santiago, Esq. (Attorney for Defendant) | 5-16-05 |

ISSUING OFFICER'S NAME, ADDRESS AND PHONE NUMBER

Schuster Usera & Aguiló LLP, PO Box 363128, San Juan, P.R. 00936-3128
Telephone Number: (787) 765-4646

(See Rule 45, Federal Rules of Civil Procedure, Parts C & D on Reverse)
[1] If action is pending in district other than district of issuance, state district under case number.

(Rev 1/94) Subpoena in a civil case

| | |
|---|---|
| 23/5/05 | PROOF OF SERVICE  San Juan |
| DATE | PLACE |

ED  Ivelisse Marpez          a  la mano
ED ON (PRINT NAME)                MANNER OF SERVICE

Pedro Torres                  emplazador
ED BY (PRINT NAME)              TITLE

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing ormation contained in the Proof of Service is true and correct.

cuted on  23/5/05
                DATE                    SIGNATURE OF SERVER

Luis P. Matos St.
ADDRESS OF SERVER
Vega Alta, PR.

45, Federal Rules of Civil Procedure, Parts C & D:
ROTECTION OF PERSONS SUBJECT TO SUBPOENAS.

(1) A party or an attorney responsible for the ance and service of a subpoena shall take reasonable s to avoid imposing undue burden or expense on a on subject to that subpoena. The court on behalf of h the subpoena was issued shall enforce this duty and se upon the party or attorney in breach of this duty appropriate sanction, which may include, but is not ted to, lost earnings and a reasonable attorney's fee.
) (A) A person commanded to produce and permit ection and copying of designated books, papers, ments or tangible things, or inspection of premises not appear in person at the place of production or ection unless commanded to appear for deposition, ing or trial.

(B) Subject to paragraph (d)(2) of this rule, erson commanded to produce and permit inspection and ring may, within 14 days after service of the subpoena efore the time specified for compliance if such time ess than 14 days after service, serve upon the party attorney designated in the subpoena written objection nspection or copying for any or all of the designated rials or of the premises. If objection is made, the y serving the subpoena shall not be entitled to ect and copy the materials or inspect the premises pt pursuant to an order of the court by which the oena was issued. If objection has been made, the y serving the subpoena may, upon notice to the person nanded to produce, move at any time for an order to el the production. Such an order to compel production l protect any person who is not a party or an officer a party from significant expense resulting from the ection and copying commanded.
) (A) On timely motion, the court by which a subpoena was issued shall quash or modify the subpoena if it
(I) fails to allow reasonable time for pliance;
(ii) requires a person who is not a ty or an officer of a party to travel to a place more n 100 miles from the place where that person resides, employed or regularly transacts business in person, ept that, subject to the provisions of clause (c)(3) (iii) of this rule, such a person may in order to end trial be commanded to travel from any such place hin the state in which the trail is held, or
(iii) requires disclosure of privileged other protected matter and not exception or waiver lies, or
(iv) subjects a person to undue burden.
(B) If a subpoena
(I) requires disclosure of a de secret or other confidential research, development, commercial information, or

(ii) requires disclosure of an unretained expert's opinion or information not describing specific events or occurrences in dispute and resulting from the expert's study made not at the request of any party, or
(iii) requires a person who is not a party or an officer of a party to incur substantial expense to travel more than 100 miles to attend trial, the court may, to protect a person subject to or affected by the subpoena, quash or modify the subpoena or, if the party in whose behalf the subpoena is issued shows a substantial need for the testimony or material that cannot be otherwise met without undue hardship and assures that the person to whom the subpoena is addressed will be reasonably compensated, the courts may order appearance of production only upon specified conditions.
(d) DUTIES IN RESPONDING TO SUBPOENA.
(1) A person responding to a subpoena to produce shall produce them as they are kept in the usual course of business or shall organize and label them to correspond to the categories in the demand.
(2) When information subject to a subpoena is withheld on a claim that it is privileged or subject to protection as trail preparation materials, the claim shall be made expressly and shall be supported by a description of the nature of the documents, communications, or things not produced that is sufficient to enable to demanding party to contest the claim.